**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA

        Plaintiff

v.

                        Case No.: 5:15−po−04388
                        Magistrate Judge Diana Song Quiroga

Daniel Perez

        Defendant

---

**JUDGMENT**

On **4/17/15**, the above named defendant appeared in person and with appointed counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. § 1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 100 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **4/17/15**.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE